**DISMISS and Opinion Filed March 10, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01036-CV

### D. KYLE FAGIN, INDIVIDUALY AND
### AS TRUSTEE AND BENEFICIARY OF THE
### D. KYLE FAGIN QUALIFIED SUBCHAPTER S TRUST, Appellant
### V.
### INWOOD NATIONAL BANK, INWOOD BANCSHARES, INC.,
### AND CHRISTY FAGIN, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01688**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal because it appeared there was no final judgment. At the Court's request, appellant filed a letter brief addressing our concern.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018); *see also* TEX. CIV. PRAC. &

REM. CODE ANN. § 51.014. A final judgment is one that disposes of all pending parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Appellees Inwood National Bank and Inwood Bancshares, Inc. asserted a counterclaim for attorney's fees in their answer. Appellee Christy Fagin asserted a counterclaim for attorney's fees in her plea in intervention. The appealed order granting appellees' respective motions for summary judgment does not dispose of the counterclaims for attorney's fees. In his letter brief, appellant acknowledges the pending counterclaims. He requests that we hold his premature notice of appeal in abeyance until the pending claims can be addressed. We decline the request because nothing shows the claims are set for hearing.

Because claims remain pending in the underlying lawsuit, this Court lacks jurisdiction over this appeal. Accordingly, we dismiss the appeal without prejudice to refiling same once a final judgment is entered. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

201036F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

D. KYLE FAGIN, INDIVIDUALY
AND AS TRUSTEE AND
BENEFICIARY OF THE D. KYLE
FAGIN QUALIFIED
SUBCHAPTER S TRUST, Appellant

No. 05-20-01036-CV     V.

INWOOD NATIONAL BANK,
INWOOD BANCSHARES, INC.,
AND CHRISTY FAGIN, Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-01688.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED without prejudice**.

It is **ORDERED** that appellees INWOOD NATIONAL BANK, INWOOD BANCSHARES, INC., AND CHRISTY FAGIN recover their costs of this appeal from appellant D. KYLE FAGIN, INDIVIDUALY AND AS TRUSTEE AND BENEFICIARY OF THE D. KYLE FAGIN QUALIFIED SUBCHAPTER S TRUST.

Judgment entered March 10, 2021